

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-2467-BANDSTRA**
**Magistrate Judge Simonton**

UNITED STATES OF AMERICA    )
                            )
                            )
vs.                         )
                            )
                            )
BARUCH JAIRO VEGA AND       )
ROMAN HERNANDO SUAREZ-      )
LOPEZ                       )
——————————————————————————)

## GOVERNMENT'S UNOPPOSED MOTION TO RESET HEARING

COMES NOW the United States, by and through the undersigned Trial

Attorneys, and files this Unopposed Motion to Reset Hearing, stating as follows:

Defendants Baruch Jairo Vega and Roman Hernando Suarez-Lopez are charged

by complaint with conspiracy, obstruction of justice, and money laundering, in violation

of 18 U.S.C. §§ 371, 1503, & 1956.  On August 25, 2000, the preliminary examinations

and arraignments of defendants Baruch Jairo Vega and Roman Hernando Suarez-

Lopez were scheduled for November 24, 2000, at 10:00 a.m.

To attend the hearing as currently scheduled, the undersigned Trial Attorneys

would be required to travel from Washington, D.C., to Miami, Florida, on or before

November 23, 2000, which is Thanksgiving Day.  To allow the undersigned to avoid

traveling on or before Thanksgiving Day, the United States respectfully requests that

the preliminary examinations and arraignments of Messrs. Vega and Suarez be reset

from November 24, 2000.  The undersigned have discussed this matter with Nelson

Rodriguez-Varela, Esq., counsel for Mr. Vega, and Ruben Oliva, Esq., counsel for Mr.

Suarez, and they have indicated that they do not oppose this motion.  Subject to the

Court's schedule, the United States would prefer, and counsel for defendants have

agreed, to reset the hearing for December 5, 2000.

 The defendants have been and remain free on personal surety bonds.

 WHEREFORE, the United States, for the reason set forth herein, respectfully

requests that this Court reset the hearing currently scheduled for November 24, 2000,

to December 5, 2000, or another date suitable to the Court's schedule.

     Respectfully submitted,

     Nancy Newcomb
     Senior Trial Attorney
     Alison Van Horn
     Trial Attorney
     Public Integrity Section
     Department of Justice, Criminal Division
     P.O. Box 27518, Mc Pherson Square Station
     Washington, D.C. 20038
     (202) 514-1412

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Reset Hearing and Order was faxed and federal expressed this 15th day of November, 2000, to Nelson Rodriguez-Varela, Esq., 6780 Coral Way, Miami, Florida, 33155, fax no. (305) 662-8715, and Ruben Oliva, Esq., 2250 SW Third Avenue, Third Floor, Miami, Florida 33129, fax no. (305) 856-7771.

ALISON VAN HORN
TRIAL ATTORNEY